

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2013

No. 04-13-00211-CV

Joshua **JACOBS**,
Appellant

v.

Ian **FRAZAR** d/b/a Frazar Steel Fab and Huser Construction Inc.,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12540B
Honorable Rex Emerson, Judge Presiding

## O R D E R

On April 12, 2013, Appellee filed a motion to supplement the clerk's record with documents from the trial court record. The motion does not show that it was served on the trial court clerk.

To ensure a document is properly included in the appellate record, Appellee "may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item." *See* TEX. R. APP. P. 34.5(c)(1). Appellee's motion is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2013.

_____
Keith E. Hottle, Clerk of Court